```
                                          U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF TEXAS
                                                FILED

                                             JAN - 6 2014

                                       CLERK, U.S. DISTRICT COURT
                                       By_____
                                                Deputy
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DANNY GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:12-CV-641-A |
| § | |
| Carolyn W. Colvin, § | |
| Acting Commissioner, § | |
| Social Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER

On September 11, 2013, the court received the proposed findings and conclusions and the recommendation of the magistrate judge (hereinafter "FC&R") to whom the above-captioned action was referred. On September 19, 2013, the court received objections by plaintiff, Danny Gonzalez, to the FC&R, and on November 1, 2013, the court received the response of the Commissioner of Social Security Administration to those objections. After having considered the pertinent parts of the record, the court has concluded that the recommendation of the magistrate judge that the court affirm the Commissioner's decision is correct, and that the proposed findings and conclusions of the magistrate judge should be, and are hereby, adopted. Therefore,

The court ORDERS that the decision of the Commissioner of Social Security that, based on the application for supplemental security income protectively filed by plaintiff, Danny Gonzalez,

on January 20, 2010, plaintiff is not disabled under § 1614(a)(3)(A) of the Social Security Act is affirmed.

SIGNED January 6, 2014.

_____
JOHN McBRYDE
United States District Judge